JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Christopher Gustafson, | ) | CASE NO. SACV 11-915-JST (ANx) |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| BAC Home Loan Services LP, et al., | ) | |
| Defendants. | ) | |

On October 26, 2011, the Court issued an order dismissing Plaintiff's Complaint without prejudice, and ordering Plaintiff to file an amended complaint no later than November 16, 2011 or the Complaint would be dismissed with prejudice. (Doc. 49). To date, an amended complaint has not been filed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice.

DATED: November 17, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
United States District Judge

1