UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV11-915-JST (ANx)                                  Date: April 17, 2012
Title: Christopher Gustafson v. BAC Home Loan Servicing, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                     Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING PLAINTIFF'S MOTION TO APPOINT INTERIM CLASS COUNSEL (Doc. 76)**

   Before the Court is Plaintiff's Motion to appoint Kessler Topaz Meltzer & Check, LLP and Nichols Kaster, PLLP as interim co-lead class counsel, Nix Patterson & Roach, LLP and Shapiro Haber & Urmy, LLP as additional interim class counsel, and Rosman and Germain, LLP as liason counsel.  (Doc. 76.)  The Court finds this matter appropriate for decision without oral argument.  Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the hearing set for April 30, 2012, at 10:00 a.m. is VACATED.  Having read and considered the papers, the Court DENIES Plaintiff's Motion.

   "[T]he type of situation in which interim class counsel is appointed is one where a number of overlapping, duplicative, or competing suits are present."  *Sajfr v. BBG Commc'ns, Inc.*, No. 10-CV-2341-H (NLS), 2011 WL 765884, at *2 (S.D. Cal. Feb. 25, 2011) (citing Manual for Complex Litigation (Fourth) § 21.11, at 246 (2004) ("Manual")).  However, "[i]f the lawyer who filed the suit is likely to be the only lawyer seeking appointment as class counsel, appointing interim class counsel may be unnecessary."  Manual at 246.[1]

   Here, Plaintiff presents ample evidence of the qualifications of his chosen counsel. However, Plaintiff has not provided support for the need to appoint interim counsel or liaison counsel in the first place.  Furthermore, there are no related cases pending against Defendants in this Court.  Therefore, the Court concludes that appointing interim class

---

[1]   The fact that counsel from multiple firms, who represent the same, and only, named Plaintiff, jointly seek to act as co-lead interim class counsel does not change this analysis.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV11-915-JST (ANx)                                  Date:  April 17, 2012

Title:  Christopher Gustafson v. BAC Home Loan Servicing, et al.

counsel is unnecessary at this point.  *See Sajfr*, 2011 WL 765884, at *3.  Accordingly, Plaintiff's Motion is DENIED.

                                                                            Initials of Preparer:  <u>enm</u>