| | | |
|---|---|---|
| 1 | DAVID L. PERMUT (*pro hac vice*)<br>dpermut@goodwinprocter.com | AUGUST 29, 2012 |
| 2 | **GOODWIN PROCTER LLP**<br>901 New York Avenue, N.W. | **DENIED** |
| 3 | Washington, DC 20001-4432<br>Tel.: 202.346.4000 | BY ORDER OF THE COURT |
| 4 | Fax: 202.346.4444 | NO SHOWING OF GOOD CAUSE |
| 5 | MATTHEW G. LINDENBAUM | JOSEPHINE STATON TUCKER |

1   DAVID L. PERMUT (*pro hac vice*)
    dpermut@goodwinprocter.com
2   **GOODWIN PROCTER LLP**
    901 New York Avenue, N.W.
3   Washington, DC 20001-4432
    Tel.: 202.346.4000
4   Fax: 202.346.4444

5   MATTHEW G. LINDENBAUM
    (*pro hac vice*)
6   mlindenbaum@goodwinprocter.com
    **GOODWIN PROCTER LLP**
7   Exchange Place
    Boston, Massachusetts 02109
8   Tel.: 617.570.1000
    Fax: 617.523.1231
9
    LAURA A. STOLL
10  lstoll@goodwinprocter.com
    **GOODWIN PROCTER LLP**
11  601 South Figueroa Street, 41st Floor
    Los Angeles, CA 90017
12  Tel.: 213.426.2624
    Fax: 213.623.1673
13
    *Attorneys for Defendants*
14  Bank of America, N.A., successor by
    merger to BAC Home Loans Servicing,
15  LP, and Balboa Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| CHRISTOPHER GUSTAFSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAC HOME LOANS SERVICES, LP, BANK OF AMERICA, N.A., AND BALBOA INSURANCE COMPANY,<br><br>Defendants. | Case No. 8:11-cv-00915-JST-AN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION TO STAY AUGUST 2, 2012 DISCOVERY ORDER PENDING RULE 72 REVIEW**<br><br>Courtroom: 10A<br>Judge: Hon. Josephine Staton Tucker |

1  Upon consideration of Defendants' *ex parte* Application to Stay August 2,
2  2012 Discovery Order Pending Rule 72 Review,
3  **IT IS HEREBY ORDERED** as follows:
4  That Defendants' *ex parte* Application to Stay August 2, 2012 Discovery
5  Order Pending Rule 72 Review is **GRANTED**. The August 2, 2012 Order is hereby
6  stayed until such time as the District Court rules on Defendants' Rule 72 Motion for
7  Review.
8  **IT IS SO ORDERED.**

Dated: _____, 2012

_____
Hon. Josephine Staton Tucker
UNITED STATES DISTRICT JUDGE