# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER GUSTAFSON, et. al., individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>BAC HOME LOANS SERVICES, LP, et. al.,<br><br>               Defendants. | Case No. SACV 11-00915-JST (ANx)<br><br>**ORDER GRANTING DEFENDANT QBE INSURANCE CORP.'S AND QBE FIRST INSURANCE AGENCY, INC.'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT** |

THIS CAUSE came before the Court on Defendants QBE Insurance Corporation's and QBE FIRST Insurance Agency, Inc.'s (collectively "Moving Defendants") Motion to Dismiss the Third Amended Complaint.  On December 21, 2013, the Court granted Moving Defendants' Motion to Dismiss without prejudice and gave Plaintiffs until January 11, 2013, to file an amended complaint.  (Doc. 206)  To date, Plaintiffs have not filed an amended complaint.  Accordingly, Plaintiffs' Third Amended Complaint is dismissed with prejudice as to Moving Defendants.

DATED: January 31, 2013

_____
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

1