UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-915-JST (ANx)                    Date:  August 14, 2013
Title:  Christopher Gustafson et al., v. BAC Home Loans Services, LP, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                             N/A
Deputy Clerk                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                           Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER PERMITTING SURREPLY AND CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION AND MOTION TO STRIKE TO OCTOBER 11, 2013**

On August 9, 2013, Defendants filed a motion to strike new evidence and arguments raised in Plaintiffs' Reply to their Motion for Class Certification  ("Motion to Strike").  (Doc. 309.)  Defendants complain that Plaintiffs submitted unauthorized rebuttal expert reports containing new evidence.  Defendants also argue that Plaintiffs submitted new evidence regarding the applicability of California law to a nationwide class.  Accordingly, Defendants may submit an eight page joint surreply limited to the new evidence and arguments complained of in Defendants' Motion to Strike.  Any surreply must be filed by August 30, 2013.

The remainder of Defendants' Motion to Strike, including the evidentiary objections identified therein, will be addressed at the hearing on Plaintiffs' Motion for Class Certification.  Accordingly, Plaintiff's Motion for Class Certification and Defendants' Motion to Strike are **continued** from September 6, 2013, to **October 11, 2013 at 2:30 p.m.**  Other than as ordered herein, no further briefing is permitted.

Initials of Preparer:  tg