1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER GUSTAFSON, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>BAC HOME LOANS SERVICING, LP, et al.,<br><br>             Defendants. | Case No.: SACV 11-00915-JLS (ANx)<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND STAY**<br><br><br>Courtroom: 10A<br>Judge:  Josephine L. Staton |

1

2      Based upon the parties' Stipulation, dated June 24, 2014, and good cause

3 shown therefor, **IT IS HEREBY ORDERED** as follows:

4      (1)     All proceedings in this case are stayed until the court in *Hall. v. Bank of*

5 *America, N.A.*, 1:12-cv-22700-FAM (S.D. Fla.), rules on final approval of the

6 settlement in that action;

7      (2)     The parties shall inform this Court as to the status of the *Hall*

8 settlement no later than fourteen (14) days after any ruling on final approval

9 of the *Hall* settlement;

10      (3)     The parties in this case shall jointly file new proposed case

11 management dates within fourteen (14) days after any termination of the stay.

12

13

14                          **SO ORDERED**:

15

16 Dated:  June 27, 2014

17                          _____

18                          Honorable Josephine L. Staton
                            United States District Judge

19

20

21

22

23

24

25

26

27

28