UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 11-00915-JLS (ANx)                            Date: August 17, 2015
Title: Christopher Gustafson v. BAC Home Loan Services LP et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Terry Guerrero   |           N/A          |
|   Deputy Clerk     |      Court Reporter    |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITH PREJUDICE**

On March 16, 2015, the parties in this action filed a Joint Status Report representing that a dismissal of the entire action would be filed "shortly."  (Joint Status Report, Doc. 364.)  On June 10, 2015, Plaintiff Christopher Gustafson and Defendants filed a Stipulation of Voluntary Dismissal With Prejudice and Without Costs.  (Stip., Doc. 366.)  The Court denied the parties' Stipulation, however, because it stated that the parties had stipulated "to the dismissal of Plaintiff Christopher Gustafson" only.  (Order, Doc. 367.)  To date, the parties have not filed a stipulation dismissing with prejudice the entire action.

Accordingly, the Court ORDERS the parties to show cause why the Court should not dismiss with prejudice the entire action.  No later than August 21, 2015, at 5:00 p.m., counsel shall file a written response to this Order.  Failure to respond will result in the immediate dismissal of this case.

                                                                   Initials of Preparer:  tg